IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILHY HARPO and DAVIOUN COLLIER, Plaintiff, v. THE CONNOR GROUP, LLC, *et al.*, Defendants. | CIVIL ACTION FILE NO. 1:19-cv-1130-WMR |

## **ORDER**

This matter is before the Court on Plaintiffs Wilhy Harpo and Davioun Collier's applications for leave to proceed *in forma pauperis* ("IFP") in their lawsuit against their former landlord and several agents of the Fulton County Marshal's, Magistrate Court's, and Magistrate Court Clerk's offices. [Docs. 1, 1-1.] Although their applications are difficult to decipher, both attest that their income and assets are minimal or non-existent, so they qualify as indigent regardless of their expenses. [Doc. 1 at 1-3; Doc. 1-1 at 1-3.]

Additionally, Harpo is subject to a previous District Court order requiring him "to disclose his full litigation history in any . . . [IFP] affidavit that he files."[1] *See Williams v. Harpo*, No. 1:16-cv-1225-WSD, Doc. 2 at 2. (internal quotation marks omitted). With his IFP application, Harpo has filed a document disclosing his prior litigation history. [Doc. 1-3.]

Upon review of Plaintiffs' applications, I find that they meet the financial requirements for IFP status, and that Harpo has complied with the District Court's requirement that he disclose his litigation history. I therefore **GRANT** their requests to proceed IFP pursuant to 28 U.S.C. § 1915(a). As this case has not been referred to me for pre-trial rulings, I defer to the District Judge any determinations as to subject matter jurisdiction and frivolity for purposes of § 1915(e)(2)(B). Should this matter be referred to me for pretrial rulings, I will conduct a frivolity

---

[1] Although this requirement first was imposed when Harpo was incarcerated and filing prisoner lawsuits, *see Harpo v. City of Atlanta*, No. 1:14-cv-2157-WSD, Doc. 2 at 1-2, the District Court continues to require Harpo to disclose his litigation history, regardless of whether he is incarcerated, *see, e.g.*, *Harpo v. City of Atlanta*, No. 1:16-cv-1067, Doc. 8 at 3. Harpo is aware that he is required to disclose his litigation history, as he has done so in previous cases. *See Broadstone Maple, LLC v. Onna*, 1:16-cv-1661, Doc. 2-1. He also has had previous cases dismissed for his failure to comply with the District Court's requirement. *See Williams*, No. 1:16-cv-1225-WSD, Doc. 2 at 4.

review, unless the District Judge already has determined that the matter is not frivolous.

IT IS SO ORDERED this 15th day of March, 2019.

_____
JOHN K. LARKINS III
United States Magistrate Judge