UNITED STATES DISTRICT COURT
N̶O̶R̶T̶H̶E̶R̶N̶ E̶A̶S̶T̶E̶R̶N̶ DISTRICT OF O̶K̶L̶A̶H̶O̶M̶A̶ GEORGIA
ATLANTA DIVISION

Plaintiff(s) Harpo, et al.

vs.

Case Number: 1:19-CV-1130-WMR

Defendant(s) Connor Group, et al.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
   A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____Willy Harpo-Brown_____
[name of party]

who is a (check one) ☒ PLAINTIFF ☐ DEFENDANT in this action, makes the following disclosure:

1.   **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☒ NO

2.   **Does party have any parent corporations?**

   (Check one) ☐ YES ☒ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3.   **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☒ NO

   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one) ☑ YES ☐ NO

    If YES, identify entity and nature of interest:

    1. CONNOR GROUP; Landlord

5.  **Is party a trade association?**

    (Check one) ☐ YES ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 2 day of April, 2019.

Signature

Printed Name: Wendy Harpoo-Brown    Bar Number

Firm Name

Address: 537 Oliver St NW

City: Atlanta    State: GA    ZIP: 30318

Phone    Fax

Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on ___4/2/19___ (Date), I served the same document by

- [ ] U.S. Postal Service
- [x] In Person Delivery
- [ ] Courier Service
- [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature