IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | | | |
|---|---|---|---|---|
| Wilhy Harpo | ; | * | **CIVIL ACTION NO.** | |
| | | | 1:19-cv-1130-WMR | |
| Davioun Collier | , | * | | |
| **Plaintiff** | , | * | | |
| | | * | Re: | 17ED051013 |
| v. | | * | Re: | 2018CV299662 |
| | | * | | |
| THE CONNOR GROUP, LLC d/b/a | | * | | |
| 1660 Peachtree Apartments | ; | * | | |
| MARSHAL OF FULTON COUNTY | ; | * | | |
| MAGISTRATE COURT OF FULTON | | * | | |
| COUNTY | ; | * | | |
| FULTON COUNTY MAGISTRATE | | * | | |
| COURT CLERK | . | * | | |
| **Defendants** | . | * | | |

(OFFICIAL AND PERSONAL CAPACITIES PER OFFICIAL DEFENDANTS)

---

**PLAINTIFFS' (CONSOLIDATED) MOTION FOR RECONSIDERATION OF MOTION TO PROCEED IN FORMA PAUPERIS & MOTION TO PROCEED UPON PARTIAL PAYMENT OF FILING FEE (CONSOLIDATED)**

---

NOW COMES the Plaintiffs, Wihly Harpo ("Harpo") and Davioun Collier ("Collier") ("Plaintiffs"), pro se, , in the above action, pursuant to Fed. R. Civ. Proc. 28 U.S.C. § 1915, et. seq., and files this **MOTION FOR RECONSIDERATION OF MOTION TO PROCEED IN FORMA PAUPERIS** and **MOTION TO PROCEED UPON PARTIAL PAYMENT OF FILING FEE** (Consolidated). In support hereof, Plaintiffs shows this Honorable Court the following facts:

Plaintiffs are indigent (in part, due to the alleged wrongful acts of the Defendants as set out in the Original Complaint) and presently without sufficient independent resources in which to afford the full cost of filing and serving the instant action. However, during the week of and after the instant filing, Harpo was able to obtain a personal loan from a concerned friend in which to pay a portion of the required filing fee for this action in the amount of $100.00.

Harpo desires to use such loan to pay a portion of the filing fee for both plaintiffs in an equal amount of fifty dollars ($50.00) and seeks leave of the Court to do so.

Plaintiffs, although presently and temporarily indigent, is optimistic and confident in the imminent re-establishment of sufficient personal income to afford payment of the full filing fee by Plaintiffs. At any rate, Plaintiffs desire to relieve the burden of incurring costs of this action from the Court and assume some participatory level of financial responsibility in the filing and service of this action by paying a portion of the filing fee in the initial amount of $50.00 each. Plaintiffs, also, consent and agree to paying future monthly installments of the same amount until the filing fee is completely satisfied.

In this matter, Harpo desires to share an equally divided portion of such loan with the co-Plaintiff, Davioun Collier ("Collier"), so as to afford Collier the chance to pay a portion of Collier's required fee as well. Harpo solicited such loan for the purpose of benefitting both Plaintiffs per the payment of such fee.

Whereas, for the reasons foregoing, Plaintiffs move this Court to reconsider the Plaintiff's respective in forma pauperis applications and grant Plaintiffs leave to proceed in this action upon an initial partial filing fee in the amount of $50.00 per each Plaintiff, and such other and further payment installments as discussed above, and such further relief deemed just and proper pursuant to this request.

Respectfully filed and submitted,

This 23rd day of March 2019.                    _____, Wihly Harpo-Brown.

                                                _____, Davioun R. Collier.

<u>Plaintiffs' Consolidated Temporary Mailing Address</u>
537 Oliver Street, NW
Atlanta, Ga. 30308

# CERTIFICATE OF SERVICE

I – Wilhy Harpo - hereby certify that the above and within MotionFor Reconsideration and Motion to Proceed Upon Payment of Partial Fee has been duly served upon the Plaintiffs by regular main proper packaging and sufficient postage, properly addressed to:

(1)  Cogency Global, Inc. c/o The Connor Group, LLC
     900 Old Roswell Lakes Parkway
     SUITE 310
     Atlanta, Ga. 30076

(2)  City of Atlanta
     Office of the Mayor
     Kiesha Lance-Bottoms, Mayor
     86 Mitchell Street, SW
     Atlanta, Ga.30303

(3)  Ericka Shields, Chief
     Atlanta Police Department
     226 Peachtree Street, SW
     Atlanta, Ga. 30303

(4)  Antonio Johnson, Chief
     Fulton County Marshal's Department
     136 Pryor Street, SW
     First Floor
     Atlanta, Ga. 30303

(5) Cassandra Kirk, Chief Judge
    Fulton County Magistrate Court
    185 Central Avenue, SW
    TG-
    Atlanta, Ga. 30303

This ~~23rd~~ 3rd day of ~~March~~ July 2019.  _____,
                                              Wilhy Harpo
                                              134 John Wesley Dobbs Avenue, SE
                                              Atlanta, Ga. 30303