FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 03 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| Wilhy Harpo ; | * | **CIVIL ACTION NO.** |
| Davioun Collier , | * | 1:19-CV-1130-WMR |
| **Plaintiff** , | * | |
| | * | Re: 17ED051013 |
| v. | * | Re: 2018CV299662 |
| | * | |
| THE CONNOR GROUP, LLC d/b/a | * | |
| 1660 Peachtree Apartments ; | * | |
| MARSHAL OF FULTON COUNTY ; | * | |
| MAGISTRATE COURT OF FULTON | * | |
| COUNTY ; | * | |
| FULTON COUNTY MAGISTRATE | * | |
| COURT CLERK . | * | |
| **Defendants** . | * | |

(OFFICIAL AND PERSONAL CAPACITIES PER OFFICIAL DEFENDANTS)

**PLAINTIFFS' CONSOLIDATED NOTICE
OF TEMPORARY CHANGE OF MAILING ADDRESS**

**NOW COMES** the Plaintiffs, Wihly Harpo ("Harpo") and Davioun Collier ("Collier") ("Plaintiffs"), pro se, in the above action, pursuant to Fed. R. Civ. Proc. 1, et. seq., and files this Plaintiffs' Consolidated Notice of Temporary Mailing Address. In support hereof, Plaintiffs shows this Honorable Court the following facts:

Until further notice, Plaintiffs shall be served with correspondence at the following address:

537 Oliver Street, NE
Atlanta, Georgia 30318


Respectfully filed and submitted,


This 23rd day of March 2019.            _____, Wihly Harpo-Brown.

                                        _____, Davioun R. Collier.

Plaintiffs' Consolidated Temporary Mailing Address
537 Oliver Street, NW
Atlanta, Ga. 30308

# CERTIFICATE OF SERVICE

I – Wilhy Harpo - hereby certify that the above and within MotionFor Reconsideration and Motion to Proceed Upon Payment of Partial Fee has been duly served upon the Plaintiffs by regular main proper packaging and sufficient postage, properly addressed to:

(1) Cogency Global, Inc. c/o The Connor Group, LLC
900 Old Roswell Lakes Parkway
SUITE 310
Atlanta, Ga. 30076

(2) City of Atlanta
Office of the Mayor
Kiesha Lance-Bottoms, Mayor
86 Mitchell Street, SW
Atlanta, Ga.30303

(3) Ericka Shields, Chief
Atlanta Police Department
226 Peachtree Street, SW
Atlanta, Ga. 30303

(4) Antonio Johnson, Chief
Fulton County Marshal's Department
136 Pryor Street, SW
First Floor
Atlanta, Ga. 30303